John M. Callagy (JC 8166)
William E. Escobar (WE 8146)
Nicholas J. Panarella (NP 2890)
**KELLEY DRYE & WARREN LLP**
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

Attorneys for Defendant J.P. Morgan Chase & Co.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**05 CV 10575**

---

LANCE K. POULSEN AND BARBARA POULSEN,

        Plaintiffs,

-against-

HAROLD W. POTE, THOMAS G. MENDELL AND J.P. MORGAN CHASE & CO.,

        Defendants.

Civil Action No.

**RULE 7.1 STATEMENT**



RECEIVED DEC 1 5 2005 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for JPMORGAN CHASE & CO. (f/k/a J.P. Morgan Chase & Co.) certifies that there is no publicly-held corporation that owns 10% or more of JPMORGAN CHASE & CO. stock.

By filing this Corporate Disclosure Statement, JPMORGAN CHASE & CO. does not waive any defenses to this action.

Dated: December 15, 2005

Respectfully submitted,

KELLEY DRYE & WARREN LLP

By: _____
John M. Callagy (JC 8166)
William A. Escobar (WE 8146)
Nicholas J. Panarella (NP 2890)
101 Park Avenue
New York, NY 10178
(212) 808-7800 (voice)
(212) 808-7897 (facsimile)

Michael A. Pearce
JPMorgan Chase & Co. Legal Department
One Chase Manhattan Plaza, 26th Floor
New York, New York 10081
(212) 552-2852 (voice)
(212) 552-5964 (facsimile)

Attorneys for Defendant JPMorgan Chase & Co.