UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LANCE K. POULSEN AND BARBARA POULSEN,<br><br>        Plaintiffs,<br><br>-against-<br><br>HAROLD W. POTE, THOMAS G. MENDELL AND J.P. MORGAN CHASE & CO.,<br><br>        Defendants. | Civil Action No. 05cv10575<br><br><br>**AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL** |

STATE OF NEW YORK      )
                                : SS.:
COUNTY OF NEW YORK  )

        Nina Tringali, being duly sworn, deposes and states:

1.    I am not a party to this action and I am over 18 years of age.

2.    On 15th day of December, 2005, I served the annexed NOTICE OF REMOVAL; RULE 7.1 STATEMENT; and INDIVIDUAL RULES OF JUDGE LEWIS A. KAPLAN; 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL; USDC/SDNY PROCEDURES FOR ELECTRONIC CASE FILING; USDC/SDNY GUIDELINES FOR ELECTRONIC CASE FILING upon the following attorneys at the address designated by them for service of papers:

| | |
|---|---|
| Thomas J. Fellig<br>Fellig, Feinblum, Edelblum,<br>   && Schwartz, LLC<br>821 Franklin Avenue, Suite 203<br>Garden City, NJ 11530 | Stephen L. Snyder<br>Roy L. Mason<br>Snyder Slutkin & Snyder<br>1829 Reisterstown Road, Suite 100<br>Baltimore, MD 21208 |

by depositing true copy of said document enclosed in a prepaid, sealed wrapper, in an official depository under the exclusive care and custody of the United States Post Office, within the State of New York.

                                                                             _____
                                                                                Nina Tringali

Sworn to before me this
15th day of December, 2005.

_____
        Notary Public

SEUNGHWAN KIM
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01KI6045111
QUALIFIED IN QUEENS COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JULY 24, 2006

NY01/TRINN/1070764.1                          -1-