UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LANCE K. POULSEN and BARBARA POULSEN,<br><br>Plaintiff(s),<br><br>-against-<br><br>HAROLD W. POTE, THOMAS G. MENDELL and J.P. MORGAN CHASE & CO.,<br><br>Defendant(s). | CIVIL CASE NO. 05CV10575<br><br>**NOTICE OF APPEARANCE** |

 

     **PLEASE TAKE NOTICE**, that the undersigned, appearing as attorney for plaintiffs, hereby requests that all notices to be given or required to be served in this case, be given and served upon the following:

Thomas J. Fellig, Esq.
FELLIG, FEINGOLD,
EDELBLUM & SCHWARTZ, LLC
821 Franklin Avenue, Suite 203
Garden City, New York 11530

     **PLEASE TAKE FURTHER NOTICE,** the foregoing demand includes not only the notices and papers, but also includes, without limitation, orders and notices, regarding any application, motions, petitions, pleadings, legal memoranda, complaints, or demands transmitted or conveyed by mail, personal delivery, telephone, telegraph, telex, telecopy or otherwise which affect the within matter.

**PLEASE TAKE FURTHER NOTICE,** that the foregoing demand shall also include, without limitation, all orders and notices regarding any applications, motions, petitions, pleadings, legal memoranda, complaints or demands filed in any adversary proceedings either preceding or subsequent to the date of this Notice which affect this matter.

Dated: December 22, 2005

FELLIG, FEINGOLD,
 EDELBLUM & SCHWARTZ, LLC
821 Franklin Avenue, Suite 203
Garden City, New York 11530
(516) 338-1720
Attorney for Plaintiffs, Lance Poulsen and Barbara Poulsen

By: Thomas J. Fellig, Esq.