UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LANCE K. POULSEN and BARBARA POULSEN,<br><br>Plaintiffs,<br><br>-against –<br><br>HAROLD W. POTE, THOMAS G. MENDELL and J.P. MORGAN CHASE & CO.,<br><br>Defendants. | Civil Action No. 05CV10575 |

### PLAINTIFFS' NOTICE OF MOTION TO REMAND OR IN THE ALTERNATIVE MOTION FOR ABSTENTION

The Plaintiffs, Lance Poulsen and Barbara Poulsen (collectively "Plaintiffs" or the "Poulsens"), hereby give notice that they caused to be filed a Motion to Remand or in the alternative a Motion for Abstention in this Court, a Statement of Authorities in support of said Motion and a proposed Order.

The Plaintiffs seek remand of the above captioned action to the Supreme Court of the State of New York, County of New York for lack of subject-matter jurisdiction because this action is not "related to" a pending bankruptcy case pursuant to 28 U.S.C. § 1334(b). In the alternative, the plaintiffs move that this Court exercise mandatory abstention pursuant to 28 U.S.C. § 1334(c)(2), permissive abstention under 28 U.S.C. § 1334(c)(1) or grant an equitable remand under 28 U.S.C. § 1452(b) and remand the above captioned action to the Supreme Court of the State of New York, County of New York.

The attached Memorandum of Law in support of the Plaintiffs' Motion to Remand or in the alternative Motion for Abstention and Statement of Authorities is incorporated herein.

Dated: December 27, 2005

        Respectfully Submitted,

        Stephen L. Snyder
        Roy L. Mason
        Andrew G. Slutkin
        Philip R. Stein
        Robert H. B. Cawood
        SNYDER, SLUTKIN & SNYDER
        1829 Reisterstown Road, Suite 100
        Baltimore, Maryland 21208
        410-653-3700

        Lead Counsel

        FELLIG, FEINGOLD,
        EDELBLUM & SCHWARTZ, LLC
        821 Franklin Avenue, Suite 203
        Garden City, New York 11530
        (516) 338-1720

        **s/ Thomas J. Fellig, Esq.**
        By:  Thomas J. Fellig, Esq. (TF-4455)

        Local Counsel
        Attorney for Plaintiffs, Lance Poulsen and
        Barbara Poulsen

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel who have registered as CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants as indicated on the service list below.

**s/ Thomas J. Fellig, Esq**
Thomas J. Fellig, Esq. (TF-4455)
FELLIG, FEINGOLD,
EDELBLUM & SCHWARTZ, LLC
821 Franklin Avenue, Suite 203
Garden City, New York 11530
(516) 338-1720

### U.S. Mail Service List

Barry R. Ostranger
Mary Kay Vyskocil
Andrew T. Frankel
Kyle Lonergan
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
(212) 455-2000

Attorneys for Harold W. Pote
and Thomas G. Mendell

John M. Callagy
William A. Escobar
Nicholas J. Panarella
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
(212) 808-7800

Michael A. Pearce
JPMorgan Chase & Co. Legal Department
One Chase Manhattan Plaza, 26th Floor
New York, NY 10081
(212) 552-2852

Attorneys for JPMorgan Chase & Co.

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LANCE K. POULSEN and BARBARA POULSEN,<br><br>Plaintiffs,<br><br>-against-<br><br>HAROLD W. POTE, THOMAS G. MENDELL and J.P. MORGAN CHASE & CO.,<br><br>Defendants. | Civil Action No. 05CV10575 |

## ORDER

Having considered the notice of removal of <u>Lance Poulsen and Barbara Poulsen v. Harold W. Pote, Thomas G. Mendell and J.P. Morgan Chase & Co.</u> from the Supreme Court of the State of New York, County of New York, Index No. 05-604034 filed by Harold W. Pote, Thomas G. Mendell and J.P. Morgan Chase & Co. (Paper No.:  ) and Lance and Barbara Poulsen's Motion to Remand or in the alternative Motion for Abstention to State Court (Paper No.:  ), and finding good cause for the granting of the Motion to Remand, it is this _____ day of _____, 2006

ORDERED that Lance and Barbara Poulsen's Motion to Remand or in the alternative Motion for Abstention to State Court is GRANTED and it is further

ORDERED that the above captioned action be remanded to the Supreme Court of the State of New York, County of New York for all future proceedings. The Clerk of the United States District Court for the Southern District of New York is directed to Close this case.

_____
Judge
United States District Court
Southern District of New York