UNITED STATES DISTRICT COURT

**ORIGINAL**

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Lance Poulsen and Barbara Poulsen, | CIVIL ACTION |
| Plaintiffs, | No.: 05-~~604034~~ CIV 10575 (LAK) |
| v. | |
| Harold W. Pote, Thomas G. Mendell, and J.P. Morgan Chase & Co., | ORDER TO ~~SHOW CAUSE~~ STAYING ALL PROCEEDINGS |
| Defendants. | |

Upon the Declaration of Nicholas J. Panarella, dated January 4, 2006, and the exhibits annexed thereto; Defendants' Memorandum Of Law In Support Of Their Joint Motion To Stay All Proceedings Pending Resolution Of The Motion To Consolidate, dated January 4, 2006; as well as all other pleadings on file in this matter, it is:

**ORDERED**, that the above named Plaintiffs show cause before the Honorable Lewis A. Kaplan, USDJ, at Courtroom 12D, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on January ~~22~~ 2006 at ~~o'clock in the noon thereof,~~ or as soon thereafter as counsel may be heard, why an Order should not be issued staying all proceedings (including Defendants' time to respond to Plaintiffs' Complaint and Plaintiffs' Motion for Remand and all discovery) in this case pending the resolution of the Defendants' Motion before the Judicial Panel on Multidistrict Litigation to consolidate this action with the multidistrict proceeding pending before Chief Judge James L. Graham in the United States District Court for the Southern District of Ohio entitled *In Re: National Century Financial Enterprises, Inc.* Case No. 2:03-MD-1565-JLG-MDA (S.D. Ohio); and it is further

**ORDERED**, that Plaintiffs' papers in opposition to this motion shall be served ~~by~~ and filed ~~overnight mail so as to ensure receipt by Defendants' counsel~~ by January 17, 2006; and it is further

**ORDERED**, that Defendants' reply papers in further support of its motion to stay shall be served ~~by overnight~~ and filed ~~mail so as to ensure receipt by Plaintiffs' counsel~~ by January 22, 2006; and it is further

**ORDERED**, that overnight service to ensure actual receipt of this Order, and the annexed Declaration of Nicholas J. Panarella, and the exhibits annexed thereto, and the accompanying Memorandum of Law, upon counsel for Plaintiffs on or before the 6th day of January, 2006, shall be deemed good and sufficient service thereof, and it is further ORDERED that the motion will be decided without oral argument.

Dated:   January 4, 2006
         New York, New York

_____
United States District Judge