# EXHIBIT B

A CERTIFIED TRUE COPY

DEC 30 2003

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

TIME: _____

JAN 05 2004          DEC 11 2003

JAMES BONINI, Clerk      FILED
COLUMBUS, OHIO    CLERK'S OFFICE

DOCKET NO. 1565

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**IN RE NATIONAL CENTURY FINANCIAL ENTERPRISES, INC., INVESTMENT LITIGATION**

*State of Arizona ex rel. David A. Peterson, et al. v. Credit Suisse First Boston Corp., et al.,*
  D. Arizona, C.A. No. 2:03-1618
*John P. Houlihan v. John F. Andrews, et al.,* M.D. Florida, C.A. No. 3:03-656
*Amedisys, Inc., et al. v. J.P. Morgan Chase Bank, et al.,* M.D. Louisiana, C.A. No. 3:03-224
*ING Bank, N.V. v. J.P. Morgan Chase Bank, et al.,* S.D. New York, C.A. No. 1:03-7396

### CONDITIONAL TRANSFER ORDER (CTO-1)

On November 13, 2003, the Panel transferred five civil actions to the United States District Court for the Southern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable James L. Graham.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Southern District of Ohio and assigned to Judge Graham.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Ohio for the reasons stated in the order of November 13, 2003, ____F.Supp.2d____ (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable James L. Graham.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Ohio. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC 30 2003

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

FILED JUDICIAL PANEL ON
TIME:_____ MULTIDISTRICT LITIGATION

MAR 3 1 2004          MAR - 3 2004

JAMES BONINI, Clerk    FILED
DOCKET NO. COLUMBUS, OHIO  CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE NATIONAL CENTURY FINANCIAL ENTERPRISES, INC., INVESTMENT LITIGATION

*Crown Cork & Seal Co., Inc. Master Retirement Trust, et al. v. Credit Suisse First Boston Corp., et al.,*
D. Arizona, C.A. No. 2:03-2084

~~*National Medical Care, Inc., et al. v. Lance K. Poulsen, et al.,*~~
~~M.D. Florida, C.A. No. 8:02-1351~~ *opposed 3-18-04*

*New York City Employees' Retirement System, et al. v. Bank One, N.A., et al.,*
S.D. New York, C.A. No. 1:03-9973

### CONDITIONAL TRANSFER ORDER (CTO-2)

On November 13, 2003, the Panel transferred five civil actions to the United States District Court for the Southern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, four additional actions have been transferred to the Southern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable James L. Graham.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Southern District of Ohio and assigned to Judge Graham.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Ohio for the reasons stated in the order of November 13, 2003, 293 F.Supp.2d 1375 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable James L. Graham.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Ohio. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

MAR 19 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION



A CERTIFIED TRUE COPY

OCT 20 2004

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

TIME: **FILED**  JUDICIAL PANEL ON
               MULTIDISTRICT LITIGATION

OCT 2 5 2004           OCT 2 0 2004

JAMES BONINI, Clerk        FILED
COLUMBUS, OHIO          CLERK'S OFFICE

### DOCKET NO. 1565

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE NATIONAL CENTURY FINANCIAL ENTERPRISES, INC., INVESTMENT LITIGATION

Lance Poulsen v. Bank One, N.A., M.D. Florida, C.A. No. 2:04-269

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Poulsen*) on September 20, 2004. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiff in *Poulsen* filed a notice of opposition to the proposed transfer. Plaintiff has now advised the Panel that he withdraws his initial opposition to transfer of *Poulsen*.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-3" filed on September 20, 2004, is LIFTED, and thus this action is transferred to the Southern District of Ohio for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable James L. Graham.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 30 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1565

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE NATIONAL CENTURY FINANCIAL ENTERPRISES, INC.,
INVESTMENT LITIGATION*

ING Bank N.V. v. PriceWaterhouseCoopers, LLP, S.D. New York, C.A. No. 1:05-9217

*CONDITIONAL TRANSFER ORDER (CTO-4)*

On November 13, 2003, the Panel transferred five civil actions to the United States District Court for the Southern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, seven additional actions have been transferred to the Southern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable James L. Graham.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the Southern District of Ohio and assigned to Judge Graham.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Southern District of Ohio for the reasons stated in the order of November 13, 2003, 293 F.Supp.2d 1375 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable James L. Graham.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Ohio. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

OCT 18 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION