# Exhibit C

## COMMON CLAIMS AGAINST DEFENDANTS

| | Poulsen (SDNY) | UAT (S.D. Ohio) | City of Chandler (D. Ariz.) | State of Arizona (D. Ariz.) | Crown Cork (D. Ariz.) | ING (SDNY) | NYCERS (SDNY) | Parrett (D. Ariz.) | Pharos (S.D. Ohio) | Amedisys (M.D. La) | Lloyds (D. N.J.) | Metropolitan Life Ins. Co. (D. N.J.) | Houlihan (M.D. FL) | Mahoney (M.D. Fla.) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fraud | Count 1, Count 2, Count 9 | Counts 10, 15 | Count 1 | Count 1 | Count 1 | Count 2 | Count 6 | Count 1 | Count 4 | | | | | |
| Breach of Fiduciary Duty | Count 3 | Counts 13-14 | Count 27 | Count 20 | Count 20 | Count 1 | Count 4 | Count 2 | | Count 3 | | | | |
| Negligence and Gross Negligence | Count 7, Count 8 | Count 15 | Count 32 | Count 25 | Count 22 | Count 6 | Count 8 | | | | | | | |
| Negligent and Intentional Misrepresentation | Count 5, Count 6 | | Count 2 | Count 2 | Count 2 | Count 5 | | | | | | | | |
| Civil Conspiracy | Count 4 | Count 11 | | | | | | | | | | | | |
| Respondeat Superior Theory of Liability Asserted Against JPMorgan | X | | X | X | X | X | X | X | X | | X | X | X | X |