# Exhibit F

Case 1:05-cv-10575-LAK    Document 9-7    Filed 01/06/2006    Page 1 of 2

# KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

101 PARK AVENUE

NEW YORK, NEW YORK 10178

(212) 808-7800

WASHINGTON, DC
TYSONS CORNER, VA
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
JAKARTA, INDONESIA
MUMBAI, INDIA

FACSIMILE
(212) 808-7897
www.kelleydrye.com

NICHOLAS J. PANARELLA
DIRECT LINE (212) 808-7889
E-MAIL: npanarella@kelleydrye.com

December 30, 2006

**VIA FACSIMILE**
Thomas J. Fellig, Esq.
Fellig, Feingold, Edelblum & Schwartz, P.C.
821 Franklin Avenue, Suite 203
Garden City, NY 11530

Re:   Poulsen et al. v. Pote et al.

Dear Tom:

As discussed today, on December 22 I wrote a letter to Messrs. Mason and Snyder requesting that responsive papers to the complaint be due thirty days after the MDL motion is decided, and asked for a response by December 27. In lieu of a response, plaintiffs filed a motion to remand. Opposition papers to the motion to remand are due, concurrently with papers responsive to the complaint, on January 17.

As discussed, given the current deadlines, defendants will be forced to move for a stay by Order to Show Cause. I reiterate our request for the parties to agree to a sensible schedule to temporarily stay the action pending action by the MDL Panel. As you know, stays have been granted, either by the Court or by the parties' consent, in every other NCFE-related action faced with this issue. If plaintiffs are still unwilling to consent to a temporary stay, then as discussed today, I request an adjournment of the January 17 deadlines so we do not have to proceed by Order to Show Cause in requesting a stay. We propose that the parties agree that, if necessary, responsive papers to the complaint and remand motion be due thirty (30) days after the motion to stay is decided. The parties can then brief the motion to stay in a normal, rather than expedited, fashion. Please let us know Tuesday of plaintiffs' response to these requests. Best wishes for the New Year.

Very truly yours,

Nicholas J. Panarella

cc:   Kyle A. Lonergan, Esq.

NY01/HANKJ/1073724.1