# Exhibit G

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **METROPOLITAN LIFE INSURANCE CO., ET AL.,** | : | Civil No. 03-1882 (JCL) |
| Plaintiffs, | : | |
| v. | : | |
| **BANK ONE, N.A., ET AL.,** | : | |
| Defendants. | : | |
| **LLOYDS TSB BANK PLC,** | : | |
| Plaintiff, | : | Civil No. 03-2784 (JCL) |
| v. | : | ORDER |
| **BANK ONE, N.A., ET AL.,** | : | |
| Defendants. | : | |

This matter having come before the Court on the motion of the plaintiffs, Lloyds TSB Bank and Metropolitan Life Insurance Company and Metropolitan Insurance and Annuity Company, to consolidate their respective actions against Bank One, N.A. and other common defendants and on the motion of the defendants Bank One, N.A., Banc One Capitol Markets, Credit Suisse First Boston LLC, Deloitte & Touche, Thomas G. Mendell, and Harold W. Pote to stay all proceedings in the respective cases pending resolution of a motion before the Judicial Panel on Multidistrict Ligitation to consolidate and transfer the cases to the Southern District of Ohio; and the Court having considered the arguments of counsel; and for the reasons set forth on the record on September 8, 2003; and for good cause shown,

IT IS this 8th day of September, 2003,

ORDERED that the motion to consolidate <u>Metropolitan Life Insurance Company, et al. v. Bank One, N.A., et al.</u>, Civil Action No. 03-1882, and <u>Lloyds TSB Bank PLC v. Bank One, N.A., et al.</u>, Civil Action No. 03-2784, for pretrial purposes is GRANTED. The court shall revisit the issue of consolidating

these matters for trial at a later date; and it is further

ORDERED that the actions are stayed pending a resolution of the motions before the Multidistrict Litigation Panel or through December 8, 2003, whichever is sooner, except that all parties may serve, but not enforce, subpoenas under Fed. R. Civ. P. 45; and it is further

ORDERED that if the Multidistrict Litigation Panel denies the motions, then the stay shall be lifted and the defendants shall Anwser, move or otherwise respond to the Amended Complaint no later than 21 days from the date of the Order of the Multidistrict Litigation Panel; and it is further

ORDERED that if the Multidistrict Litigation Panel has not filed an Order on the motions pending before it by December 8, 2003, the stay in this matter will be lifted as of December 8, 2003 only to allow the defendants to Answer, move or otherwise respond to the Amended Complaints. Such Answers, motions, or responses shall be served upon the plaintiffs no later than December 31, 2003. Any answers or letters reflecting the intended motions shall be filed with the Clerk of the Court no later than December 31, 2003. Any responses to any motions to dismiss shall be served upon the defendants no later than March 1, 2003 and any replies shall be served upon the plaintiffs no later than March 31, 2003. All moving, responding and reply papers shall be submitted to the Clerk of the Court no later than March 31, 2003; and it is further

ORDERED that there shall be a telephone conference with the undersigned on December 2, 2003 at 9:30 a.m. The plaintiffs shall initiate the telephone call; and it is further

ORDERED that all of the dates set forth herein are subject to modification by any other Court with jurisdiction of this matter.

HON. PATTY SHWARTZ
UNITED STATES MAGISTRATE JUDGE