# Exhibit I

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LANCE POULSEN,

             Plaintiff,

vs.                    Case No.  2:04-cv-269-FtM-29DNF

BANK ONE, N.A.,

             Defendant.
_____/

## ORDER

_____On July 29, 2004, the Court entered an Order (Doc. #18) staying the case for a period of 90 days to allow for the MDL to notify the Court of a transfer.  Based on the Notice Regarding Motion to Stay All Proceedings Pending Resolution of Motion to Transfer (Doc. #19), filed on October 19, 2004, the Court will continue the stay for an additional 60 days.

Accordingly, it is now

**ORDERED:**

The stay shall continue for an additional **SIXTY (60) DAYS** from the date of this Order.  If the case is not transferred upon the expiration of the stay, the stay will be lifted and the parties will be required to file a Case Management Report within **TWENTY (20) DAYS** of said expiration.

**DONE AND ORDERED** at Fort Myers, Florida, this ___10th___ day of December, 2004.

JOHN E. STEELE
United States District Judge

Copies:  DCCD