# Exhibit L

**Docketed**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
ING BANK N.V.,                          :    03 Civ. 7396 (LAK)

                       Plaintiff,       :

        -against-                       :    STIPULATION AND ORDER
                                             TEMPORARILY STAYING ALL
                                             PROCEEDINGS IN THIS CASE
J.P. MORGAN CHASE BANK,                 :
DELOITTE & TOUCHE, LLP, LANCE
K. POULSEN, THOMAS G. MENDELL,          :
HAROLD W. POTE and ERIC R.
WILKINSON,                              :
                       Defendants.
                                        :
----------------------------------------x

It is hereby stipulated and agreed to, by and between undersigned counsel for the parties hereto, that:

1.  In July 2003, defendants JPMorgan Chase Bank (sued herein as J.P. Morgan Chase Bank), Deloitte & Touche LLP, Harold W. Pote, Eric R. Wilkinson and Thomas G. Mendell (collectively "Defendants"), as well as several of the defendants in numerous other actions pending in various federal district courts, filed a motion before the Judicial Panel on Multidistrict Litigation to consolidate seven actions and transfer them to the United States District Court for the Southern District of Ohio. Defendants subsequently filed several Notices of Related Action requesting the transfer of this case and three others as "tag-alongs" to that original motion (collectively "Motion to Consolidate"). Plaintiff opposed the consolidation and transfer of this case, and, alternatively, requested that the actions subject to the Motion to Consolidate be consolidated before this Court. The MDL Panel held a hearing on the Motion to Consolidate on October 9, 2003.

NY01/PANAN/870425.1

2. On October 10, 2003 and October 28, 2003, the parties filed joint stipulations in this case extending the time for certain Defendants to answer, move or otherwise respond to the Complaint to and including December 1, 2003.

3. After more recent discussions among the parties, the parties respectfully request that the Court enter a temporary stay of all proceedings as follows, which is consistent with similar stays pending in other cases that are the subject of the Motion to Consolidate.:

4. If the MDL Panel has not decided the pending Motion to Consolidate by December 8, 2003, the stay in this matter will be lifted only to allow the Defendants to answer, move or otherwise respond to the complaint in this action according to the following schedule:

    a. Answers, motions, or other responses to the Complaint shall be served upon Plaintiff no later than December 31, 2003;

    b. Any responses to any motions to dismiss shall be served upon Defendants no later than March 1, 2004;

    c. Any reply briefs shall be served upon Plaintiff no later than March 31, 2004.

5. If the MDL Panel denies the pending Motion to Consolidate on or before December 8, 2003, the stay in this matter will be lifted and the following briefing schedule will apply:

    a. Answers, motions, or other responses to the Complaint shall be served upon Plaintiff no later than December 8, 2003 or 21 days from the date of the Order of the MDL Panel (whichever is later);

      b.      Any responses to any motions to dismiss shall be served upon Defendants no later than 60 days after such motion to dismiss is served upon Plaintiff;

      c.      Any reply briefs shall be served upon Plaintiff no later than thirty days after Plaintiff's opposition is served upon Defendants.

5.      By entering into this stipulation, Defendants agree not to request from this Court a further extension of time to answer, move or otherwise respond to the Complaint. However, each party reserves the right to seek modifications to the above schedule in the event this case is transferred as part of an MDL proceeding and agrees that this stipulation does not affect or prejudice any relief, including a stay of this action, sought in any other court, including the stay requested by Messrs. Pote., Mendell and Wilkinson that is currently pending before the United States Bankruptcy Court for the Southern District of Ohio.

Dated: November 11, 2003

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: _/s/ illegible signature_
Sanford M. Litvack (SL-2542)
Joanna R. Swomley (JS-6841)
Michael B. Carlinsky (MC-6594)
Lawrence Brocchini (LB-2628)

335 Madison Avenue, 17th Floor
New York, NY 10017
(212) 702-8100

Attorneys for Plaintiff

November 11, 2003

WIGGIN & DANA LLP

By: _James H. Bicks/NP_
James H. Bicks (JB-2390)

450 Lexington Avenue, Suite 3800
New York, NY 10017
(212) 490-1700

BARTLIT BECK HERMAN PALENCHAR & SCOTT
Mark Levine
Andrew L. Goldman
54 W. Hubbard Street, Suite 300
Chicago, IL 60610
(312) 494-4464

Attorneys for Deloitte & Touche LLP

Dated: November 11, 2003

SIMPSON THACHER & BARTLETT LLP

By: *Barry R. Ostrager/np*
    Barry R. Ostrager (BO-5379)
    Mary Kay Vyskocil (MV-8315)

425 Lexington Avenue
New York, NY 10017-3954
(212) 455-2000

Attorneys for Thomas G. Mendell,
Harold W. Pote and Eric R. Wilkinson

November 11, 2003

KELLEY DRYE & WARREN LLP

By: *John M Callagy/np*
    John M. Callagy (JC-8166)
    William A. Escobar (WE-8146)

101 Park Avenue
New York, NY 10178
(212) 808-7800

Attorneys for JPMorgan Chase Bank

SO ORDERED, this _____ day of November, 2003:

_____
Honorable Lewis A. Kaplan
United States District Judge