# Exhibit M

KAPLAN, J.

William R. Maguire (WM 7853)
Sarah L. Cave (SLC 8346)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
(212) 837-6000

Attorneys for Defendant PricewaterhouseCoopers LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ING BANK N.V.,

　　　　　　　　　　　Plaintiff,

-v-

PRICEWATERHOUSE COOPERS LLP,

　　　　　　　　　　　Defendant.

Index No.: 05-CV-7217 (LAK)

STIPULATION AND ORDER

　　　　It is hereby agreed by and between the undersigned counsel for plaintiff ING Bank N.V. ("ING") and counsel for defendant PricewaterhouseCoopers LLP ("PwC") that:

　　　　(1)　PwC will not contest the sufficiency of the manner in which the Summons and Complaint were served.

　　　　(2)　PwC shall have up to and including sixty (60) days from the date on which the conditional transfer order of the Judicial Panel on Multidistrict Litigation transferring this action to the Southern District of Ohio is filed with the clerk for the Southern District of Ohio, to serve and file its motion to dismiss the Complaint.

　　　　(3)　ING shall have up to and including sixty (60) days from the date on which PwC serves and files its motion to dismiss to serve and file papers responding to PwC's motion to dismiss the Complaint.

NY Stipulation Extending Time

(4) PwC shall have up to and including thirty (30) days from the date on which ING serves and files ING's responsive papers to file PwC's reply brief in further support of its motion to dismiss the Complaint.

(5) Notwithstanding the foregoing, the parties agree that ING has the right to serve and file an amended complaint up to and including sixty (60) days from the date on which the conditional transfer order of the Judicial Panel on Multidistrict Litigation transferring this action to the Southern District of Ohio is filed with the clerk for the Southern District of Ohio; and should ING serve and file an amended complaint, the parties will in good faith attempt to agree upon a reasonable revised schedule with time frames similar to the ones set forth herein.

| | |
|---|---|
| _____<br>David L. Elsberg (DE 9215)<br>Miller & Wrubel P.C.<br>250 Park Avenue<br>New York, New York 10177-0699<br>(212) 336-3500<br><br>Attorneys for Plaintiff<br>ING Bank N.V.<br><br>Dated: 8/23/05 | _____<br>William R. Maguire (WM 7853)<br>Sarah L. Cave (SLC 8346)<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, New York 10004<br>(212) 837-6000<br><br>Attorneys for Defendant<br>PricewaterhouseCoopers LLP<br><br>Dated:_____ |

SO ORDERED:

_____
U.S.D.J.

NY Stipulation Extending Time

(4) PwC shall have up to and including thirty (30) days from the date on which ING serves and files ING's responsive papers to file PwC's reply brief in further support of its motion to dismiss the Complaint.

(5) Notwithstanding the foregoing, the parties agree that ING has the right to serve and file an amended complaint up to and including sixty (60) days from the date on which the conditional transfer order of the Judicial Panel on Multidistrict Litigation transferring this action to the Southern District of Ohio is filed with the clerk for the Southern District of Ohio; and should ING serve and file an amended complaint, the parties will in good faith attempt to agree upon a reasonable revised schedule with time frames similar to the ones set forth herein.

| | |
|---|---|
| _____ | /s/ Sarah Cave _____ |
| David L. Elsberg (DE 9215) | William R. Maguire (WM 7853) |
| Miller & Wrubel P.C. | Sarah L. Cave (SLC 8346) |
| 250 Park Avenue | Hughes Hubbard & Reed LLP |
| New York, New York 10177-0699 | One Battery Park Plaza |
| (212) 336-3500 | New York, New York 10004 |
| | (212) 837-6000 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| ING Bank N.V. | PricewaterhouseCoopers LLP |
| Dated:_____ | Dated: 8/23/05 |

SO ORDERED:

_____
U.S.D.J.

9/6/05

NY 976800_1.DOC