# Exhibit N

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOHN P. HOULIHAN, on behalf of himself
and all others similarly situated,

    Plaintiffs,

vs.                      CASE NO. 3:03-cv-656-J-25TEM

JOHN F. ANDREWS, FRANK P.
MAGLIOCHETT, et al.,

    Defendants.



## ORDER

This case is before the Court on the Unopposed Motion of Defendant John F. Andrews for Enlargement of Time to Respond to Complaint in Light of Impending MDL Transfer (Doc. #67). As background, the Court previously extended the time to respond to the amended complaint on two separate occasions. See Docs. #34 & #54, Court Orders. As the motion for enlargement of time was filed as "unopposed," this matter is ripe for the Court's consideration.

Under Rule 6(b) of the Federal Rules of Civil Procedure, a court has discretion to enlarge time for filings for cause shown. The Court is in receipt of the conditional transfer order from the Multi-District Litigation Panel and acknowledges transfer of this action to the Southern District of Ohio is very likely. Because this complaint purports to raise a class action of a complex nature and an issue for consolidation with other similar cases is before the Judicial Panel on Multi-District Litigation, cause has been demonstrated to warrant an additional enlargement of time for Defendants to respond to the amended complaint. However, the Court is reluctant to leave a pleading deadline open-ended, as requested by

Defendant John F. Andrews. The transfer of this case should be accomplished within the next sixty (60) days and such time should be more than ample to allow Defendants the opportunity to frame a response to the amended complaint.

Thus, upon due consideration it is hereby

**ORDERED:**

The Unopposed Motion of Defendant John F. Andrews for Enlargement of Time to Respond to Complaint in Light of Impending MDL Transfer (Doc. #67) is **GRANTED to the extent** no party shall be required to respond to the amended complaint until March 20, 2004.

**DONE AND ORDERED** at Jacksonville, Florida this 20th day of January, 2004.

*Thomas E. Morris*
THOMAS E. MORRIS
United States Magistrate Judge

Copies:
All Counsel of Record

2

F I L E   C O P Y

Date Printed: 01/21/2004

Notice sent to:

✓ Richard J. Lantinberg, Esq.
Cooper, Ridge & Lantinberg, P.A.
200 W. Forsyth St., Suite 1200
Jacksonville, FL 32202-1069

   3:03-cv-00656   mfk

✓ Kenneth Vianale, Esq.
Vianale & Vianale LLP
5355 Town Center Rd., Suite 801
Boca Raton, FL 33486

   3:03-cv-00656   mfk

✓ Gregory M. Egleston, Esq.
Bernstein Liebhard & Lifshitz, LLP
10 E. 40th St., 22nd Floor
New York, NY 10016

   3:03-cv-00656   mfk

✓ Stanley Howard Wakshlag, Esq.
Akerman Senterfitt
One S.E. Third Ave., 28th Floor
Miami, FL 33131-1714

   3:03-cv-00656   mfk

✓ Brian P. Miller, Esq.
Akerman Senterfitt
One S.E. Third Ave., 28th Floor
Miami, FL 33131-1714

   3:03-cv-00656   mfk

✓ Samantha Joy Kavanaugh, Esq.
Akerman Senterfitt
One S.E. Third Ave., 28th Floor
Miami, FL 33131-1714

   3:03-cv-00656   mfk

✓ David M. Wells, Esq.
McGuireWoods LLP
50 N. Laura St., Suite 3300
Jacksonville, FL 32202-4099

   3:03-cv-00656   mfk

✓ William Wallace Deem, Esq.

McGuireWoods LLP
50 N. Laura St., Suite 3300
Jacksonville, FL 32202-3661

3:03-cv-00656   mfk

/ Brian E. Dickerson, Esq.
Maguire & Schneider, LLP
250 Civic Center Dr., Suite 200
Columbus, OH 43215

3:03-cv-00656   mfk

/ Lance K. Poulsen
c/o K.U.L.D. Partners, LLC
1435-B Collingswood Blvd.
Port Charlotte, FL 33948-1058

3:03-cv-00656   mfk

/ Barbara L. Poulsen
c/o K.U.L.D. Partners, LLC
1435-B Collingswood Blvd.
Port Charlotte, FL 33948-1058

3:03-cv-00656   mfk

/ Charles B. Lembcke, Esq.
Law Office of Charles B. Lembecke, P.A.
1300 Riverplace Blvd., Suite 605
Jacksonville, FL 32207

3:03-cv-00656   mfk

/ William A. Miller, Esq.
William A. Miller, PLLC
2390 E. Camelback Rd., Suite 225-A
Phoenix, AZ 85016

3:03-cv-00656   mfk

/ Dennis Michael Campbell, Esq.
Clarke, Silverglate, Campbell, Williams & Montgomery
799 Brickell Plaza, Suite 900
Miami, FL 33131

3:03-cv-00656   mfk

/ Maria H. Ruiz, Esq.
Clarke, Silverglate, Campbell, Williams & Montgomery
799 Brickell Plaza, Suite 900
Miami, FL 33131

3:03-cv-00656   mfk

/ Martin S. Bloor, Esq.
Kelley, Drye & Warren
101 Park Ave.
New York, NY 10178

✓ Nicholas J. Panarella, Esq.
Kelley, Drye & Warren
101 Park Ave.
New York, NY  10178

3:03-cv-00656    mfk

✓ John M. Callagy, Esq.
Kelley, Drye & Warren
101 Park Ave.
New York, NY  10178

3:03-cv-00656    mfk

✓ William A. Escobar, Esq.
Kelley Drye & Warren LLP
101 Park Ave.
New York, NY  10178

3:03-cv-00656    mfk

✓ Susan Seereiter Oosting, Esq.
Obringer, DeCandio & Oosting, P.A.
12 E. Bay St.
Jacksonville, FL  32202-5147

3:03-cv-00656    mfk

✓ Michael J. Obringer, Esq.
Obringer, DeCandio & Oosting, P.A.
12 E. Bay St.
Jacksonville, FL  32202-5147

3:03-cv-00656    mfk