# Exhibit O

George Brandon (Arizona Bar No. 017947)
Brian A. Cabianca (Arizona Bar No. 016410)
Teresita T. Mercado (Arizona Bar No. 020578)
SQUIRE, SANDERS & DEMPSEY L.L.P.
Two Renaissance Square
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004-4441
(602) 528-4000

Attorneys for Defendants Bank One, N.A.,
Bank One Corporation, and Banc One Capital Markets, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Crown Cork & Seal Company, Inc., et al., | ) No. CV 2003-2084-PHX-DGC |
|---|---|
| Plaintiffs, | ) STIPULATION FOR STAY |
| vs. | ) PENDING DECISION BY |
| | ) JUDICIAL PANEL ON |
| Credit Suisse First Boston Corp., et al., | ) MULTIDISTRICT LITIGATION |
| | ) ON MOTION FOR TRANSFER |
| Defendants. | ) AND COORDINATION OR |
| | ) CONSOLIDATION |

Plaintiffs and Defendants Bank One, N.A., Banc One Capital Markets, Inc., and Bank One Corporation (collectively, "The Bank One Defendants")[1] stipulate and agree to the entry of a brief stay of these proceedings (including responding to Plaintiffs' complaint) to allow a decision by the Judicial Panel on Multidistrict Litigation ("MDL Panel") on a motion for transfer and coordination or consolidation of this action as a potential tag-along action to *In re National Century Financial Enterprises, Inc. Investment Litigation*, MDL-1565.

---

[1] By agreeing to this Stipulation, the undersigned defendants do not waive any aspect of any defenses they may have in this proceeding and specifically reserve their objections based upon lack of personal jurisdiction and insufficiency of service of process.

1    On November 13, 2003, the MDL Panel ordered the consolidation and transfer for
2    pretrial proceedings of seven actions to the Southern District of Ohio, including *City of*
3    *Chandler et al. v. State of Arizona, et al.*, No. 03-CV-1220-PHX-ROS (D. Ariz.). In light
4    of the MDL Panel order, and given that Plaintiffs have already moved to transfer or
5    consolidate this action with the *City of Chandler* case, Plaintiffs stipulate and agree
6    (without waiving any other rights) that all proceedings in this action should be stayed
7    until the MDL Panel determines whether this action should be consolidated with the other
8    actions in MDL-1565 for pretrial proceedings. This stay shall not prejudice Plaintiffs'
9    efforts to serve process on any defendants.

10   The undersigned parties therefore submit a proposed order in the form lodged
11   herewith entering a stay.

12   DATED this 1st day of December, 2003.

George Brandon
Brian A. Cabianca
Teresita T. Mercado
Two Renaissance Square
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004-4498
*Attorneys for Defendants Bank One, N.A.,*
*Bank One Corporation, and Banc One Capital*
*Markets, Inc.*

_____ (with permission)
Robin C. Gibbs
Kathy D. Patrick
Jeffrey J. Cotner
Scott A. Humphries
Gibbs & Bruns, L.L.P.
1100 Louisiana, Suite 5300
Houston, TX 77002
-and-

|   |   |
|---|---|
| 1 | Ronald Jay Cohen |
| 2 | Daniel P. Quigley |
|   | Cohen Kennedy Dowd & Quigley, P.C. |
| 3 | The Camelback Esplanade I |
| 4 | 2425 E. Camelback Road, Suite 1100 |
|   | Phoenix, AZ 85016 |
| 5 | *Attorneys for Plaintiff* |

6  **ORIGINAL** and **ONE COPY** of the foregoing **FILED**
7  this 1st day of December, 2003, with the Clerk of the Court, and

8  **COPY** of the foregoing **MAILED** this same day, to:

9
10  Robin C. Gibbs
    Kathy D. Patrick
11  Jeffry J. Cotner
    Gibbs & Bruns, LLP
12  1100 Louisiana, Suite 5300
13  Houston, Texas 77002
    -and-
14  Ronald J. Cohen
15  Daniel P. Quigley
    Cohen, Kennedy, Dowd & Quigley, P.C.
16  The Camelback Esplanade I
17  2425 E. Camelback Road
    Suite 1100
18  Phoenix, Arizona 85016
19  *Counsel for Plaintiffs*

20  Jeffrey Q. Smith
    Steven G. Brody
21  King & Spaulding
22  1185 Avenue of the Americas
23  New York, New York 10036
    -and-
24  David T. Barton
    William M. Shattuck
25  Quarles & Brady Streich Lang LLP
26  One Renaissance Square
    Two North Central Avenue
27  Phoenix, Arizona 85004-2391
28  *Attorneys for Defendant Credit Suisse First Boston*

```
 1   John M. Callagy
     William A. Escobar
 2   Nicholas J. Panarella
 3   Martin S. Bloor
     Kelley Drye & Warren, LLP
 4   101 Park Avenue
 5   New York, New York  10178-0002
     -and-
 6   William J. Maledon
 7   Diane Johnson
     Osborn Maledon, PA
 8   2929 N. Central Avenue, Suite 2100
 9   Phoenix, Arizona  85012-2794
     Attorneys for Defendants JP Morgan Chase Co., JP Morgan
10   Chase Bank, JP Morgan Partners and The Beacon Group LLC
11
     Philip S. Beck
12   Mark L. Levine
13   Andrew L. Goldman
     Allison Freeman
14   Bartlit Beck Herman Palenchar & Scott
15   Courthouse Place
     54 West Hubbard Street
16   Suite 300
17   Chicago, Illinois  60610
     -and-
18   Robert E. B. Allen
19   Barry Sanders
     Allen, Price & Padden, P.C.
20   3131 East Camelback Road
     Suite 110
21   Phoenix, Arizona  85016-4597
22   Attorneys for Defendant Deloitte & Touche LLP
23
     William R. Mcguire
24   Sarah K. Loomis
25   Hughes Hubbard & Reed LLP
     One Battery Park Plaza
26   New York, New York 10004-1482
     -and-
27   H. Michael Clyde
28   Jessica L. Everett-Garcia
     Brown & Bain, P.A.
```

```
 1  2901 North Central Avenue
    Phoenix, Arizona 85012-2788
 2  Attorneys for Defendant PricewaterhouseCoopers LLP
 3
    John K. Villa
 4  Robert Cary
 5  Craig D. Singer
    Williams & Connolly, LLP
 6  725 12th Street N.W.
 7  Washington, DC 20005-5901
    -and-
 8  Darrell Eugene Davis
 9  Norling Kolsrud Sifferman & Davis, PLC
    3101 N. Central Avenue, Suite 690
10  Phoenix, Arizona 85012
11  Attorneys for Defendant Purcell & Scott

12  Mark Belleville
13  Calfee, Halter & Griswold, LLP
    1650 Fifth Third Center
14  21 East State Street
15  Columbus, Ohio 43215-4228
    -and-
16  Michael J. O'Connor
17  Michael J. Farrell
    Jennings, Strouss & Salmon PLC
18  201 E. Washington Street, 11th Floor
19  Phoenix, Arizona 96005-2385
    Attorneys for Defendants Lance K. Poulsen,
20  Barbara L. Poulsen, and KULD Corporation

21
    Brian E. Dickerson
22  Maguire & Schneider, LLP
23  250 Civic Center Drive, Suite 200
    Columbus, Ohio 43215
24  Attorneys for Defendants Donald H. Ayers and
25  E&D Investments, Inc.

26  William A. Miller
    Law Office of William Miller
27  2390 E. Camelback Road, Suite 224A
28  Phoenix, Arizona 85016
    Attorney for Defendant Rebecca S. Parrett
```

-5-

| | |
|---|---|
| 1 | Barry Sher |
| 2 | Israel David |
|   | Thomas Ross Hooper |
| 3 | Fried Frank Harris Shriver & Jacobson |
|   | One New York Plaza |
| 4 | New York, New York  10004 |
| 5 | -and- |
|   | Donald Wayne Bivens |
| 6 | Edwin Hendricks, Jr. |
| 7 | Meyer Hendricks & Bivens |
|   | 3003 N. Central Avenue |
| 8 | Suite 1200 |
| 9 | Phoenix, Arizona  85012 |
|   | *Attorneys for Defendant Beacon Group III-Focus Value Fund, LP* |
| 10 | |
| 11 | Barry Ostrager |
|    | Mary Kay Vyskocil |
| 12 | Andrew T. Frankel |
| 13 | Kyle Lonergan |
|    | Simpson, Thacher & Nartlett |
| 14 | 425 Lexington Avenue |
| 15 | New York, New York  10017-3909 |
|    | *Attorneys for Defendants Thomas G. Mendell,* |
| 16 | *Harold W. Pote and Eric Wilkinson* |
| 17 | /s/ Betty Rios |
| 18 | |

-6-

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Crown Cork & Seal Company, Inc., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Credit Suisse First Boston Corp., et al., <br><br> Defendants. | No. CV 2003-2084-PHX-DGC <br><br> [PROPOSED] ORDER RE STIPULATED STAY OF ALL PROCEEDINGS |

Pursuant to the stipulation of Plaintiffs and Defendants Bank One, N.A., Banc One Capital Markets, Inc., and Bank One Corporation, and good cause appearing therefor,

IT IS HEREBY ORDERED that all proceedings in this action including responding to Plaintiffs' complaint, save for service of process, are stayed until the Judicial Panel on Multidistrict Litigation issues an order approving or denying the transfer and consolidation of this action for pretrial proceedings with MDL-1565, and further order of this Court.

IT IS FURTHER ORDERED that counsel for the stipulating parties shall promptly notify this Court when the Judicial Panel on Multidistrict Litigation issues its order concerning the potential tag-along treatment of this action.

DATED this ____ day of _____, 2003.

_____
David G. Campbell
United States District Judge