# Exhibit P

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

LANCE POULSEN,

        Plaintiff,

v.                          Case No. 2:04-cv-269-FtM29DNF

BANK ONE, N.A.,

        Defendant.
_____/

### PLAINTIFF'S RESPONSE TO MOTION TO STAY ALL PROCEEDINGS PENDING RESOLUTION OF MOTION TO TRANSFER

The Plaintiff, LANCE POULSEN, by and through the undersigned attorney, hereby files this his Response to the Motion to Stay All Proceedings and would respectfully show that the Plaintiff has no objection to abating the proceedings here in the Middle District of Florida until such time as the Court has had an opportunity to review and rule upon the Motion to Transfer this proceeding.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument has been furnished to Benjamin H. Hill, Esq., Hill, Ward & Henderson, P.A., Attorneys for Defendant, 101 East Kennedy Blvd., Ste. 3700, PO Box 2231, Tampa, FL 33601 and Covington & Burling, Counsel for Defendant, 1201 Pennsylvania Avenue, N.W.,

RECEIVED
JUL 19 2004
H, W & H, P.A.

Washington, D.C. 20004-2401 by U.S. Mail this _16_ day of July, 2004.

                                          _____ for

Phillip J. Jones, Esq., of
WILKINS, FROHLICH, JONES,
RUSSELL, HANAOKA & MIZELL, P.A.
18501 Murdock Circle, Sixth Floor
Port Charlotte, FL 33948
Telephone:   (941) 625-0700
Facsimile:    (941) 625-9540
Attorneys for Plaintiff
Florida Bar No.: 238295