UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LANCE K. POULSEN and BARBARA POULSEN,<br><br>Plaintiffs,<br><br>-against –<br><br>HAROLD W. POTE, THOMAS G. MENDELL and J.P. MORGAN CHASE & CO.,<br><br>Defendants. | Civil Action No. 05-CIV 10575 (LAK) |

### PLAINTIFFS' RESPONSE TO DEFENDANTS' JOINT MOTION TO STAY ALL PROCEEDINGS PENDING RESOLUTION OF THE MOTION TO CONSOLIDATE

The Plaintiffs, Lance Poulsen and Barbara Poulsen (collectively "Plaintiffs" or the "Poulsens"), submit their Response to Defendants' Joint Motion to Stay all Proceedings Pending Resolution of the "Motion to Consolidate"[1] and state:

1.     Following the Defendants' removal of this action to this Court, the Plaintiffs filed a Motion to Remand or in the alternative Motion for Abstention. The Defendants thereafter filed a Notice of Related Action ("Notice of Related Action") before The Judicial Panel on Multidistrict Litigation ("MDL Panel") seeking to transfer this action for pre-trial proceedings to the United States District Court for the Southern District of Ohio as part of case number 2:03-MD-1565-JLG-MDA ("MDL Action").

---

[1] The Plaintiffs are unaware of any filings by the Defendants before the MDL Panel titled a "Motion to Consolidate." The Defendants have filed a "Notice of Related Action" and the Plaintiffs have filed an Opposition. It is apparent that the Defendants' intent is to request a stay on all matters related to their "Notice of Related Action."

2. The MDL Panel has indicated that a Conditional Order of Transfer to transfer this action to the MDL Action has been issued. The Plaintiffs have filed papers with the MDL Panel opposing the transfer of this action to the MDL Action. The MDL Panel has further advised that a briefing schedule regarding transfer of this action to the MDL Action will be issued, affording the parties an opportunity to present argument for and against such a transfer.

3. In light of the foregoing, and without waiving their right to remand this action to the Supreme Court of the State of New York, County of New York, the Plaintiffs consent to a stay of all proceedings in this Court pending resolution by the MDL Panel of the transfer, if at all, of this case to the MDL Action.

Dated: January 17, 2006

                                                Respectfully Submitted,

                                                Stephen L. Snyder
                                                Roy L. Mason
                                                Andrew G. Slutkin
                                                Philip R. Stein
                                                Robert H. B. Cawood
                                                SNYDER, SLUTKIN & SNYDER
                                                1829 Reisterstown Road, Suite 100
                                                Baltimore, Maryland 21208
                                                410-653-3700

>Lead Counsel
>
>FELLIG, FEINGOLD,
>EDELBLUM & SCHWARTZ, LLC
>821 Franklin Avenue, Suite 203
>Garden City, New York 11530
>(516) 338-1720
>
>**s/ Thomas J. Fellig**
>By:  Thomas J. Fellig, Esq. (TF-4455)
>
>Local Counsel
>Attorney for Plaintiffs, Lance Poulsen
>And Barbara Poulsen

### CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2006, I attempted to electronically file the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel who have registered as CM/ECF participants, however, due to the service interruption by the ECF System I was unable to file until January 20, 2006, when service resumed. I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants as indicated on the service list below.

>**s/ Thomas J. Fellig, Esq**
>Thomas J. Fellig, Esq. (TF-4455)
>FELLIG, FEINGOLD,
>EDELBLUM & SCHWARTZ, LLC
>821 Franklin Avenue, Suite 203
>Garden City, New York 11530
>(516) 338-1720

### U.S. Mail Service List

Barry R. Ostranger
Mary Kay Vyskocil
Andrew T. Frankel
Kyle Lonergan
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
(212) 455-2000

Attorneys for Harold W. Pote
and Thomas G. Mendell

John M. Callagy
William A. Escobar
Nicholas J. Panarella
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
(212) 808-7800

Michael A. Pearce
JPMorgan Chase & Co. Legal Department
One Chase Manhattan Plaza, 26th Floor
New York, NY 10081
(212) 552-2852

Attorneys for JPMorgan Chase & Co.