UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LANCE POULSEN,

                Plaintiff,

      -against-                                            05 Civ. 10575 (LAK)

HAROLD W. POTE, et al.,

                Defendants.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      Defendants' motion for a stay is granted in all respects. The case is transferred to the suspense docket pending further order of the Court.

      SO ORDERED.

Dated: February 3, 2006

                                                    Lewis A. Kaplan
                                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/06