UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LANCE POULSEN, et ano.,

                Plaintiffs,

        -against-                             05 Civ. 1575 (LAK)

HAROLD W. POTE, et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/06

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The pending motions to remand [docket items 5-7] are denied without prejudice to renewal after the case is removed from the suspense docket.

        SO ORDERED.

Dated: March 29, 2006

                                      Lewis A. Kaplan
                             United States District Judge