A CERTIFIED TRUE COPY

AUG 1 5 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

05 Civ 10575

FILED
JAMES BONINI
CLERK

06 AUG 18 AM 11: 11

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 5 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1565

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE NATIONAL CENTURY FINANCIAL ENTERPRISES, INC., INVESTMENT LITIGATION

*Lance Poulsen, et al. v. Harold W. Pote, et al.*, S.D. New York, C.A. No. 1:05-10575

### ORDER CORRECTING TRANSFER ORDER

On June 14, 2006, the Panel filed an order in this docket intending to transfer this action (*Poulsen*) to the **Southern** District of Ohio for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket before the Honorable James L. Graham. The Panel has now been advised of clerical errors throughout that order and that *Poulsen* was transferred to the **Northern** District of Ohio.

IT IS THEREFORE ORDERED that the Panel's June 14, 2006, transfer order is CORRECTED throughout to reflect that this action is transferred to the **Southern** District of Ohio and, with the consent of that court, assigned to the Honorable James L. Graham.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

A TRUE COPY
J. MICHAEL McMAHON, CLERK
BY DEPUTY CLERK